UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| EURO-NOTIONS FLORIDA, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Before: Richard K. Eaton, Judge |
| v. | : | |
| | : | Court No. 25-00595 |
| U.S. CUSTOMS AND BORDER | : | |
| PROTECTION; RODNEY S. SCOTT, in | : | |
| his official capacity as Commissioner of | : | |
| U.S. Customs and Border Protection; | : | |
| and the UNITED STATES, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that the stay in this case is lifted *sua sponte*.


                                                    /s/ Richard K. Eaton
                                                          Judge


Dated: April 7, 2026
       New York, New York