UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| EURO-NOTIONS FLORIDA, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Before: Richard K. Eaton, Judge |
| v. | : | |
| | : | Court No. 25-00595 |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

U.S. Customs and Border Protection ("Customs") has been developing its Consolidated Administration and Processing of Entries ("CAPE") capability, within its Automated Commercial Environment, to enable refunds of International Emergency Economic Powers Act duties with interest. To date, reports of Customs' progress have been filed on the docket of *Atmus Filtration, Inc. v. United States*, 1:26-cv-01259-RKE, ECF Nos. 31, 39, 47, 51 (Declarations of Brandon Lord on behalf of Customs). That case has been dismissed voluntarily pursuant to Rule 41(a)(1)(A)(i).

The stay in the case now before the court having been lifted on April 7, 2026, ECF No. 9, Customs will use the entries of Plaintiff Euro-Notions Florida, Inc. to test CAPE Phase One. Now therefore, it is hereby

**ORDERED** that Defendants shall file a short report describing the progress Customs has made toward the development of CAPE since March 30, 2026, the date of its most recent report. *See Atmus Filtration, Inc. v. United States*, 1:26-cv-01259-RKE, ECF No. 51. The report shall be filed by 12:00 p.m. EDT on Tuesday, April 14, 2026. A closed conference is scheduled for the same

Court No. 25-00595                                                          Page 2

day at 3:00 p.m. EDT. The parties' counsel may appear in person or by video. The court's Case

Manager will provide conference details accordingly. This settlement conference will not be open

to the public.


                                                    _____/s/ Richard K. Eaton_____
                                                               Judge



Dated: April 8, 2026
        New York, New York