FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

|                        |
|------------------------|
| Plaintiff,             |
| v.                     |
| Defendant.             |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as

for _____, _____, in this action

☐ and for the parties indicated in the actions listed on the attached
schedule

and requests that all papers be served on him/her.

☐ The individual attorney in the undersigned firm, corporate law
department, or the Government, who is responsible for the litigation, is

_____.

Date: _____           _____
                                              Signature

                                         _____
                                              Attorney

                                         _____
                                              Firm

                                         _____
                                              Street Address

                                         _____
                                              City, State and Zip Code

                                         _____
                                              Telephone Number

                                         _____
                                              E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
|  |  |  |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)