FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    **FORM 11**

```
EURO-NOTIONS FLORIDA, INC.,

                        Plaintiff,
      v.
UNITED STATES et al.

                        Defendants.
```

Court No.          25-595

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney ▾

for    interested party    , Bloomberg L.P._____, in this action

☒ and for the parties indicated in the actions listed on the attached

schedule

and requests that all papers be served on him/her.

☐    The individual attorney in the undersigned firm, corporate law

department, or the Government, who is responsible for the litigation, is

_____.

Date: April 14, 2026_____

/s/ Russell Semmel
_____
Signature

Russell A. Semmel
_____
Attorney

DAVIS WRIGHT TREMAINE LLP
_____
Firm

1301 K Street NW, Suite 500 East
_____
Street Address

Washington, DC 20005
_____
City, State and Zip Code

202.973.4285
_____
Telephone Number

russellsemmel@dwt.com
_____
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 25-595 | Euro-Notions Florida, Inc. v. United States | Dow Jones & Company, Inc., The New York Times Company, Reuters News & Media Inc. |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)