UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| EURO-NOTIONS FLORIDA, INC., | : |
| Plaintiff, | : |
| v. | : |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES, | : |
| Defendants. | : |

Before: Richard K. Eaton, Judge

Court No. 25-00595

**ORDER**

On April 14, 2026, two documents were entered on the docket in this case. The first document was a letter to the court on behalf of news organizations (ECF No. 16), and the second was a Form 11 notice of appearance (ECF No. 17).

While in its Form 11 counsel states that it represents an interested party to this action, it fails to identify an interested party. That being the case, the letter presented for docketing is not the proper subject of a docketing entry and is therefore not accepted.

Accordingly, it is hereby

**ORDERED** that the letter to the court on behalf of news organizations (ECF No. 16) and the Form 11 notice of appearance (ECF No. 17) shall be removed from the docket.

           /s/ Richard K. Eaton
           Judge

Dated: April 14, 2026
     New York, New York