UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| EURO-NOTIONS FLORIDA, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Before: Richard K. Eaton, Judge |
| v. | : | |
| | : | Court No. 25-00595 |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

At a closed conference held on April 14, 2026, U.S. Customs and Border Protection ("Customs") confirmed that it is on track to launch Phase 1 of its Consolidated Administration and Processing of Entries ("CAPE") capability to refund International Emergency Economic Powers Act ("IEEPA") duties with interest on April 20, 2026. To that end, on April 10, 2026, Customs published instructions regarding CAPE Phase 1. A link to Customs' instructions will be available on this Court's website. It is worth noting that the instructions do not limit the use of CAPE to those claimants who have commenced an action in this Court.

Importers should be aware that, by voluntarily using CAPE, any IEEPA cash deposits will be available to offset amounts owed with respect to other duties. Customs will provide a method for identifying entries for which an adjustment has been made.

The court and participants also discussed the Declaration of Brandon Lord, Executive Director, Trade Programs Directorate, Office of Trade, U.S. Customs and Border Protection, dated April 14, 2026 (ECF No. 15), which states, among other things, that 56,497 importers of record or

their designees have completed the process to receive electronic refunds for all of their IEEPA entries. If all of those who have registered for electronic refunds take advantage of CAPE for all their entries, the result would be refunds of approximately $127 billion.

Also, the court notes that nothing has been filed under seal in *Atmus Filtration, Inc. v. United States* (1:26-cv-01259-RKE), since March 11, 2026, and nothing has been filed under seal in *Euro-Notions Florida, Inc. v. United States* (1:25-cv-00595-RKE). It is not anticipated that anything will be filed under seal in this case in the future.

Now therefore, upon consideration of Mr. Lord's Declaration, and the papers and proceedings had herein, it is hereby

**ORDERED** that Defendant shall file, by 12:00 p.m. EDT on Tuesday, April 28, 2026, a report on the progress made in Phase 1. A closed settlement conference will be held in person and via Webex at 2:00 p.m. the same day.

/s/ Richard K. Eaton
Judge

Dated: April 14, 2026
      New York, New York