UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| EURO-NOTIONS FLORIDA, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Before: Richard K. Eaton, Judge |
| v. | : | |
| | : | Court No. 25-00595 |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the motion of proposed *amicus curiae* the International Trade Surety Association for leave to file an *amicus curiae* brief, ECF No. 22, and upon all other papers and proceedings had herein, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the proposed amicus curiae brief is accepted for filing.

_____
/s/ Richard K. Eaton
Judge

Dated: April 17, 2026
      New York, New York