UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| EURO-NOTIONS FLORIDA, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Before: Richard K. Eaton, Judge |
| v. | : | |
| | : | Court No. 25-00595 |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that this matter is STAYED, except with respect to the court's order (ECF No. 19) that Defendants shall file, by 12:00 p.m. EDT on Tuesday, April 28, 2026, a report on the progress made in Phase 1, and that a closed settlement conference will be held in person and via Webex at 2:00 p.m. the same day.

　　　　　　　　　　　　　　　　　　　　　/s/ Richard K. Eaton
　　　　　　　　　　　　　　　　　　　　　　　　　Judge

Dated: April 20, 2026
　　　　New York, New York