UNITED STATES COURT OF INTERNATIONAL TRADE

_____

|  |  |
|---|---|
| EURO-NOTIONS FLORIDA, INC., | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : |
|  | : |
| U.S. CUSTOMS AND BORDER | : |
| PROTECTION; RODNEY S. SCOTT, in | : |
| his official capacity as Commissioner of | : |
| U.S. Customs and Border Protection; | : |
| and the UNITED STATES, | : |
|  | : |
| Defendants. | : |
|  | : |

Before: Richard K. Eaton, Judge

Court No. 25-00595

**ORDER**

At a closed conference held on May 12, 2026, the court and participants discussed the Declaration of Brandon Lord, Executive Director, Trade Programs Directorate, Office of Trade, U.S. Customs and Border Protection, dated May 12, 2026, 2026 (ECF No. 28) ("Lord Decl."), which provided updated information on the progress of Phase 1 of U.S. Customs and Border Protection's ("Customs") Consolidated Administration and Processing of Entries ("CAPE") program. Customs has liquidated or reliquidated approximately 8.3 million entries, for which it expects to refund $35.46 billion in International Emergency Economic Powers Act ("IEEPA") duties. It is worth repeating that those who wish to take advantage of CAPE must have ACH accounts. As of May 11, 2026, "1,880 consolidated refunds have not been transmitted to the Treasury because ACH account information has not been provided by the [importer of record] or its authorized . . . designee." Lord Decl. ¶ 6. It is apparent that importers of record should confirm that they have provided the required ACH account information to Customs.

Court No. 25-00595                                                                                    Page 2

Also discussed at the conference was CAPE's subsequent functionality, including with respect to processing refunds for entries flagged for reconciliation.

Additionally, the court was made aware that Customs is in contact with representatives of sureties regarding their refund claims.

Upon consideration of Mr. Lord's Declaration, and the papers and proceedings had herein, it is hereby

**ORDERED** that Defendant shall file, by 12:00 p.m. EDT on Tuesday, May 26, 2026, a short report on the progress of CAPE Phase 1. A closed settlement conference will be held in person and via Webex at 10:00 a.m. on Wednesday, May 27, 2026.

                                                                    /s/ Richard K. Eaton
                                                                            Judge

Dated: May 12, 2026
           New York, New York