**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:  THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| EURO-NOTIONS FLORIDA, INC., ) | |
| ) | |
| Plaintiff, ) | Court No. 25-00595 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, U.S. CUSTOMS and ) | |
| BORDER PROTECTION; and RODNEY S. ) | |
| SCOTT, in his official capacity as Commissioner ) | |
| of U.S. Customs and Border Protection, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that defendants appeal to the United States Court of Appeals for

the Federal Circuit from the Court's injunction order of April 7, 2026.  *See* ECF No 12.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
(202) 353-9063
claudia.burke@usdoj.gov

June 2, 2026                                *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 2, 2026, I caused the foregoing "NOTICE OF APPEAL" to be filed and served electronically via the Court's CM/ECF system.


/s/Claudia Burke