UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| EURO-NOTIONS FLORIDA, INC., | : |
| Plaintiff, | : |
| v. | : |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES, | : |
| Defendants. | : |

Before: Richard K. Eaton, Judge

Court No. 25-00595

**ORDER**

At a closed conference held on June 11, 2026, the court and participants discussed the Declaration of Brandon Lord, Executive Director, Trade Programs Directorate, Office of Trade, U.S. Customs and Border Protection, dated June 10, 2026, (ECF No. 34) ("Lord Decl."), which provided updated information on the progress of U.S. Customs and Border Protection's ("Customs") development of the Consolidated Administration and Processing of Entries ("CAPE") program. Since CAPE was launched on April 20, 2026, declarations that have been accepted for processing represent approximately $94.94 billion in anticipated International Emergency Economic Powers Act ("IEEPA") refunds. Lord Decl. ¶ 5.

Also discussed were matters addressed in the Declaration of Susan S. Thomas, Executive Assistant Commissioner, Office of Trade, U.S. Customs and Border Protection, dated June 4, 2026, filed in *V.O.S. Selections, Inc. v. United States*, No. 25-00066, ECF No. 98-1 ("Thomas Decl."). Customs is on track to launch the next phase of CAPE on June 29, 2026, which will include "entries flagged for reconciliation, for which no Type 09 reconciliation entry has been filed, which remain

Court No. 25-00595                                                                                    Page 2

unliquidated or are within 80 days of liquidation." Thomas Decl. ¶ 10. Also discussed was the

development of CAPE to process IEEPA refunds on entries that are the subject of a protest.

Upon consideration of the Lord Declaration, and the other papers and proceedings had

herein, it is hereby

**ORDERED** that a closed conference will be held in person and via Webex at 2:00 p.m.

Eastern on Thursday, June 25, 2026.

Thereafter, Defendant shall file, by 5:00 p.m. Eastern on Wednesday, July 1, 2026, a short

report on the progress of CAPE. A closed settlement conference will be held in person and via

Webex at 2:00 p.m. Eastern on Thursday, July 9, 2026.


                                                          /s/ Richard K. Eaton
                                                                  Judge

Dated:  June 12, 2026
           New York, New York