UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| EURO-NOTIONS FLORIDA, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Before: Richard K. Eaton, Judge |
| v. | : | |
| | : | Court No. 25-00595 |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

At a closed conference held on June 30, 2026, the court and participants discussed the progress of U.S. Customs and Border Protection's ("Customs") Consolidated Administration and Processing of Entries ("CAPE") program. On June 29, 2026, Customs launched Phase 2 of CAPE, which allows for the processing of entries flagged for reconciliation for which no Type 09 reconciliation entry has been filed. Additionally, Customs is developing Phase 3 of CAPE to allow for the processing of finally liquidated entries for which reliquidation has been ordered in the context of a lawsuit.

Also discussed was the pending Motion for Class Certification in *V.O.S. Selections, Inc. v. United States*, No. 25-00066, ECF No. 99. The Government filed its response in opposition to that motion on June 25, 2026; the plaintiffs have been granted leave to reply on or before July 22, 2026.

On July 1, 2026, the Government filed the Declaration of Brandon Lord, Executive Director, Trade Programs Directorate, Office of Trade, U.S. Customs and Border Protection, ECF No. 39 ("Lord Decl."), which provided updated information on the progress of CAPE. Since CAPE

was launched on April 20, 2026, declarations that have been accepted for processing represent approximately $104.29 billion in anticipated International Emergency Economic Powers Act refunds. Lord Decl. ¶ 5. To date, approximately $71.06 billion in refunds have been completed and sent to the U.S. Department of Treasury for disbursement. *Id.* Mr. Lord also acknowledged the launch of CAPE Phase 2 (processing entries flagged for reconciliation for which no Type 09 entry has been filed) and stated that approximately 1.6 million entries flagged for reconciliation have been successfully filed in CAPE. *Id.* ¶ 7.

Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that Defendant shall file, by 5:00 p.m. EDT on Monday, July 13, 2026, a short report on the progress of CAPE. The closed settlement conference that is scheduled for Thursday, July 9, 2026, is rescheduled and will be held in person and via Webex at 3:00 p.m. EDT on Tuesday, July 14, 2026.

/s/ Richard K. Eaton
Judge

Dated:  July 2, 2026
             New York, New York