## UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: RICHARD K. EATON, JUDGE**

| | |
|---|---|
| EURO-NOTIONS FLORIDA, INC., | |
| *Plaintiff*, | |
| v. | Court No. 25-00595 |
| UNITED STATES, | |
| *Defendant*. | |

### MOTION OF iGLOBAL EXPORTS, LLC, DOING BUSINESS AS ZONOS, FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF

Pursuant to Rule 76 of the United States Court of International Trade, iGlobal Exports, LLC, doing business as Zonos, respectfully moves for leave to file the attached *amicus curiae* brief.  Zonos seeks to offer the Court the perspective of those who have paid tariffs imposed under the International Emergency Economic Powers Act (IEEPA) on shipments sent to the United States through the international postal network as a "Qualified Party" created by Executive Order 14324.

On July 8, 2026, undersigned counsel reached out to the parties to seek their consent to this motion.  Counsel for plaintiff stated that it takes no position on the motion and defers to the discretion of the Court; counsel for defendant did not respond.

Zonos is a Utah-based company that was founded in 2009.  Since its founding 17 years ago, Zonos has grown into an AI-powered operating system for cross-border trade, providing duty calculations, tariff classifications, and compliance infrastructure for importers both large and small.  It is one of a few platforms selected by U.S. Customs and Border Protection to power AI-driven trade compliance and tariff collection for foreign postal shipments.  And, through partnership with Canada Post, Royal Mail, and other postal agencies and parcel carriers, Zonos

collects tariff payments from customers (including through the Zonos Prepay app) and remits those payments to the U.S. government.

The Court should grant Zonos's motion.  Zonos's *amicus curiae* brief "would assist the court in its review of the issues presented" and "present[s] a view on a central issue not otherwise represented," namely, how CAPE, class certification, and the Court's orders should account for IEEPA tariffs paid on international postal shipments.  *Irving Paper Ltd. v. United States*, 296 F. Supp. 3d 1369, 1373 (Ct. Int'l Trade 2018).  CBP has collected refundable IEEPA tariffs on international mail shipments but has not advised the Court or the concerned parties (e.g., Qualified Parties such as Zonos), of any plans to design or implement a refund process.  And Zonos does not seek to intervene in, or otherwise interfere with, these proceedings, which through the Court's laudable direction have spurred Customs to act quickly to refund IEEPA tariffs.  *See id.* (participation as an *amicus curiae* is not a substitute for intervention).

For these reasons, Zonos respectfully requests that the court grant its motion for leave to file the attached *amicus curiae* brief.

Dated: July 8, 2026

Respectfully submitted,

/s/ Gilbert Lee Sandler
Gilbert Lee Sandler
**SANDLER, TRAVIS & ROSENBERG, P.A.**
5835 Waterford District Drive
Suite 200 & 204
Miami, Florida 33126
(305) 267-9200
LSandler@strtrade.com

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: RICHARD K. EATON, JUDGE**

EURO-NOTIONS FLORIDA, INC.,

*Plaintiff*,

v.                                                              Court No. 25-00595

UNITED STATES,

*Defendant*.

**ORDER**

Upon consideration of the motion of proposed *amicus curiae* iGlobal Exports, LLC, doing business as Zonos, for leave to file an *amicus curiae* brief, and upon all other papers and proceedings had herein, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the proposed *amicus curiae* brief is accepted for filing.

Dated: _____                    _____
New York, New York                                                    Judge