

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
RICHARD K. EATON
JUDGE

July 10, 2026

**VIA CM/ECF**

Gilbert Lee Sandler, Esq.
Sandler, Travis & Rosenberg, P.A.
5835 Waterford District Drive
Suite 200 & 204
Miami, Florida 33126

      Re:    Motion of iGlobal Exports, LLC, d/b/a/ Zonos, for Leave to File an *Amicus Curiae* Brief in *Euro-Notions Florida, Inc. v. United States*, Court No. 25-00595

Dear Mr. Sandler:

    I have your motion for leave to file an *amicus curiae* brief. Before I can consider your motion, I need to know a little more about your client:

1) Does your client have an importer of record identification number(s)?

2) Has your client made estimated deposits of IEEPA duties?

3) Does your client in some way handle informal entries? If so, how?

4) When making deposits or paying duties, does your client use an importer of record identification number(s)?

5) Do you or does U.S. Customs and Border Protection have a record of any estimated duties or actual duties paid? What do those records consist of?

    Kindly file your response to this letter using the CM/ECF system.

                       Very truly yours,

                       /s/  Richard K. Eaton
                           Judge

cc: Geoffrey Goell, Case Manager