UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| | : | |
| EURO-NOTIONS FLORIDA, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Before: Richard K. Eaton, Judge |
| v. | : | |
| | : | Court No. 25-00595 |
| U.S. CUSTOMS AND BORDER | : | |
| PROTECTION; RODNEY S. SCOTT, in | : | |
| his official capacity as Commissioner of | : | |
| U.S. Customs and Border Protection; | : | |
| and the UNITED STATES, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

At a closed conference held on July 14, 2026, the court and participants discussed the progress of U.S. Customs and Border Protection's ("Customs") Consolidated Administration and Processing of Entries ("CAPE") program. On July 13, 2026, the Government filed the Declaration of Brandon Lord, Executive Director, Trade Programs Directorate, Office of Trade, U.S. Customs and Border Protection, ECF No. 45 ("Lord Decl."). Among the items reported in the declaration is that approximately $121.75 billion in both potential and certified refunds have been accepted for processing in CAPE, and approximately $86.3 billion in refunds (duties plus interest) have been sent to the U.S. Department of Treasury ("Treasury") for disbursement. Lord Decl. ¶ 5.

It is also worth noting that 9,837 refunds have not been transmitted to Treasury because Automated Clearing House ("ACH") account information has not been provided by the importer of record or its authorized designee. *Id.* ¶ 6. The court urges CAPE declaration filers to ensure that their ACH account information has been provided to Customs so that their refunds may be disbursed.

Court No. 25-00595                                                                        Page 2

Also discussed was Plaintiff Euro-Notions Florida, Inc.'s intention to voluntarily dismiss its case. In its place, the court will lift the stay in *Freestyle World, Inc. v. United States*, Court No. 26-01088, a case seeking the refund of duties collected on imports pursuant to the International Emergency Economic Powers Act ("IEEPA"), in which a motion for class certification is currently pending. *See Freestyle World, Inc. v. United States*, No. 26-01088, ECF No. 12. The schedule for Rule 23 hearings in *Freestyle World*, and in *V.O.S. Selections, Inc. v. United States*, No. 25-00066, was discussed as well.

In connection with the anticipated launch of CAPE Phase 3, development of which is ongoing, the court will enter an order that directs Customs to reliquidate certain finally liquidated entries in accordance with a procedure that will be outlined in the order. The order will be entered in each of the approximately 3,700 IEEPA cases assigned to the court.

There was also discussion of the development of further functionality in CAPE to process refunds for entries with open protests.

Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that Defendant shall file, by 5:00 p.m. EDT on Tuesday, August 4, 2026, a short report on the progress of CAPE. Should this case be voluntarily dismissed before August 4, 2026, the Government shall file the report in *Freestyle World, Inc. v. United States*, Court No. 26-01088. A closed settlement conference will be held on Wednesday, August 5, 2026, at 2:00 p.m. EDT, in person and via Webex.

/s/ Richard K. Eaton
Judge

Dated:       July 15, 2026
             New York, New York