Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 7A**

|  |  |
|---|---|
| Plaintiff, | Court No. |
| v. | |
| Defendant. | |

**NOTICE OF DISMISSAL**

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: _____

_____
Signature of Plaintiff's Attorney

_____
Attorney for Plaintiff

_____
Firm

_____
Street Address

_____
City, State and Zip Code

_____
Telephone Number

_____
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____          Clerk, U. S. Court of International Trade

                                     By: _____
                                             Deputy Clerk