UNITED STATES COURT OF INTERNATIONAL TRADE

EURO-NOTIONS FLORIDA, INC.,

    Plaintiff,

  v.

U.S. CUSTOMS AND BORDER
PROTECTION; RODNEY S. SCOTT, in
his official capacity as Commissioner of
U.S. Customs and Border Protection;
and the UNITED STATES,

    Defendants.

    Before: Richard K. Eaton, Judge

    Court No. 25-00595

**ORDER**

Upon consideration of the Motion for Leave to File Brief as *Amici Curiae* filed by Hausfeld

LLP; Nematzadeh PLLC; Barrett Law Group, P.A.; Gordon Ball PLLC; Cuneo Gilbert Flannery

& LaDuca, LLP; and McSweeney Cynkar & Kachouroff, PLLC, ECF No. 36, it is hereby

  **ORDERED** that the motion is denied.

         /s/ Richard K. Eaton
           Judge

Dated:  July 17, 2026
    New York, New York