

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
RICHARD K. EATON
JUDGE

July 17, 2026

**VIA CM/ECF**

Gilbert Lee Sandler, Esq.
Sandler, Travis & Rosenberg, P.A.
5835 Waterford District Drive
Suite 200 & 204
Miami, Florida 33126

Re:    Motion of iGlobal Exports, LLC, d/b/a/ Zonos, for Leave to File an *Amicus Curiae* Brief in *Euro-Notions Florida, Inc. v. United States*, Court No. 25-00595

Dear Mr. Sandler:

A motion for voluntary dismissal has been filed in *Euro-Notions Florida, Inc. v. United States*, Court No. 25-00595. Should you wish the court to consider your client's motion for leave to file an *Amicus Curiae* brief, kindly re-file the motion, and your client's response to the court's July 10, 2026, letter, in *Freestyle World, Inc. v. United States*, Court No. 26-01088.

Very truly yours,

/s/  Richard K. Eaton
Judge

cc: Geoffrey Goell, Case Manager