Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 7A**

|  |  |
|---|---|
| Plaintiff,<br>v.<br><br>Defendant. | Court No. |

**NOTICE OF DISMISSAL**

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: _____

_____
Signature of Plaintiff's Attorney

_____
Attorney for Plaintiff

_____
Firm

_____
Street Address

_____
City, State and Zip Code

_____
Telephone Number

_____
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
            Deputy Clerk