NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**V.O.S. SELECTIONS, INC., PLASTIC SERVICES
AND PRODUCTS, LLC, dba Genova Pipe,
MICROKITS, LLC, FISHUSA INC., TERRY
PRECISION CYCLING LLC,**
*Plaintiffs-Appellees*

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States, EXECUTIVE OFFICE OF
THE PRESIDENT, UNITED STATES, RODNEY S.
SCOTT, Commissioner of U.S. Customs and Border
Protection, in his official capacity as Commissioner
of the United States Customs and Border Protection, JAMIESON GREER, U.S. Trade Representative, in his official capacity as United States Trade
Representative, OFFICE OF THE UNITED STATES
TRADE REPRESENTATIVE, HOWARD LUTNICK,
Secretary of Commerce, in his official capacity as
Secretary of Commerce, UNITED STATES
CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellants*

---

2026-1895

---

Appeal from the United States Court of International
Trade in No. 1:25-cv-00066-RKE, Senior Judge Richard K.
Eaton.

-------------------------------------------------

**AGS COMPANY AUTOMOTIVE SOLUTIONS, et al.,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

_____

2026-1897

_____

Appeal from the United States Court of International Trade in Nos. 1:25-cv-00246-RKE, 1:25-cv-00249-RKE, 1:25-cv-00251-RKE, 1:25-cv-00252-RKE, 1:25-cv-00253-RKE, 1:25-cv-00254-RKE, 1:25-cv-00255-RKE, 1:25-cv-00256-RKE, 1:25-cv-00257-RKE, 1:25-cv-00260-RKE, 1:25-cv-00262-RKE, 1:25-cv-00263-RKE, 1:25-cv-00264-RKE, 1:25-cv-00266-RKE, 1:25-cv-00267-RKE, 1:25-cv-00268-RKE, 1:25-cv-00269-RKE, 1:25-cv-00270-RKE, 1:25-cv-00271-RKE, 1:25-cv-00274-RKE, 1:25-cv-00275-RKE, 1:25-cv-00276-RKE, 1:25-cv-00277-RKE, 1:25-cv-00278-RKE, 1:25-cv-00281-RKE, 1:25-cv-00285-RKE, 1:25-cv-00286-RKE, 1:25-cv-00288-RKE, 1:25-cv-00290-RKE, 1:25-cv-00292-RKE, 1:25-cv-00293-RKE, 1:25-cv-00294-RKE, 1:25-cv-00295-RKE, 1:25-cv-00296-RKE, 1:25-cv-00297-RKE, 1:25-cv-00301-RKE, 1:25-cv-00302-RKE, 1:25-cv-00304-RKE, 1:25-cv-00305-RKE, 1:25-cv-00306-RKE, 1:25-cv-00308-RKE, 1:25-cv-00310-RKE, 1:25-cv-00311-RKE, 1:25-cv-00316-RKE, 1:25-cv-00326-RKE, 1:25-cv-00329-RKE, 1:25-cv-00331-RKE, 1:25-cv-00333-RKE, 1:25-cv-00347-RKE, 1:25-cv-00348-RKE, 1:25-cv-00351-RKE, 1:25-cv-

00387-RKE, 1:25-cv-00437-RKE, 1:25-cv-00448-RKE, 1:25-cv-00451-RKE, 1:25-cv-00463-RKE, 1:25-cv-00473-RKE, 1:25-cv-00479-RKE, 1:25-cv-00498-RKE, 1:25-cv-00499-RKE, 1:25-cv-00501-RKE, 1:25-cv-00502-RKE, 1:25-cv-00503-RKE, 1:25-cv-00505-RKE, 1:25-cv-00520-RKE, 1:25-cv-00525-RKE, 1:25-cv-00526-RKE, 1:25-cv-00529-RKE, 1:25-cv-00530-RKE, 1:25-cv-00540-RKE, 1:25-cv-00559-RKE, 1:25-cv-00563-RKE, 1:25-cv-00569-RKE, 1:25-cv-00575-RKE, 1:25-cv-00579-RKE, 1:25-cv-00593-RKE, 1:25-cv-00694-RKE, 1:25-cv-00696-RKE, 1:25-cv-00704-RKE, 1:25-cv-00710-RKE, 1:25-cv-00712-RKE, 1:25-cv-00713-RKE, 1:25-cv-00724-RKE, 1:25-cv-00737-RKE, 1:25-cv-00739-RKE, 1:25-cv-00740-RKE, 1:25-cv-00779-RKE, 1:25-cv-00789-RKE, 1:25-cv-00799-RKE, 1:25-cv-00820-RKE, 1:25-cv-00832-RKE, 1:25-cv-00836-RKE, 1:25-cv-00842-RKE, 1:25-cv-00849-RKE, 1:25-cv-00852-RKE, 1:25-cv-00854-RKE, 1:25-cv-00855-RKE, 1:25-cv-00856-RKE, 1:25-cv-00857-RKE, 1:25-cv-00859-RKE, 1:25-cv-00867-RKE, 1:25-cv-00879-RKE, 1:25-cv-00881-RKE, 1:25-cv-00885-RKE, 1:25-cv-00896-RKE, and 1:25-cv-00900-RKE, Senior Judge Richard K. Eaton.

-------------------------------------------------

**GRANT & BOWMAN, INC.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

————————————

2026-1899

————————————

Appeal from the United States Court of International Trade in No. 1:25-cv-00689-RKE, Senior Judge Richard K. Eaton.

---------------------------------------------------

**EURO-NOTIONS FLORIDA, INC.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

———————————

2026-1898

———————————

Appeal from the United States Court of International Trade in No. 1:25-cv-00595-RKE, Senior Judge Richard K. Eaton.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of the government's unopposed motion to voluntarily dismiss one of the consolidated appeals, No. 2026-1898, pursuant to Federal Rule of Appellate Procedure 42(b)(2),

IT IS ORDERED THAT:

V.O.S. SELECTIONS, INC. v. TRUMP                                    5

    (1) The motion is granted. Appeal No. 2026-1898 is deconsolidated, the revised official captions are reflected above, and Appeal No. 2026-1898 is dismissed.

    (2) Each side shall bear its own costs as to Appeal No. 2026-1898.

FOR THE COURT

Jarrett B. Perlow<br>Clerk of Court

July 28, 2026
    Date

ISSUED AS A MANDATE (only for Appeal No. 2026-1898):
July 28, 2026